AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Markell, Bruce A. | Nevada Bankruptcy Court | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge -- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Fellow in Bankruptcy and Commercial Law | University of Nevada, Las Vegas |
| 2. | Member, Editorial Advisory Bd to Collier on Bankruptcy | Lexis/Nexis-Matthew Bender & Co. |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2012 | UNLV -- Teaching | $13,967.00 |
| 2. 2012 | West Group -- Royalties | $23,108.00 |
| 3. 2012 | Lexis/Nexis-Matthew Bender -- Royalties | $4,439.00 |
| 4. 2012 | International Monetary Fund -- Teaching and Consulting | $12,080.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Advanced Consumer Bankruptcy Practice Institute | Feb. 19-21, 2012 | Atlanta, GA | Panelist at Seminar | Travel, meals and room |
| 2. | USC, School of Law, Real Estate Law & Business Forum | March 7-8, 2012 | Loa Angeles, CA | Panelist at seminar | Travel, meals and room |
| 3. | American Bankruptcy Institute | April 19-22, 2012 | Washington, D.C. | Panelist at two seminars | Travel, meals and room |
| 4. | National Bankruptcy Conference | May 6-7, 2012 | Chicago, IL | Panelist at seminar | Travel, meals and room |
| 5. | American Law Institute | May 29-30, 2012 | Philadelphia, PA | Panelist at seminar | Travel, meals and room |

| Name of Person Reporting | Date of Report |
|---|---|
| Markell, Bruce A. | 05/10/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | National Association of Chapter 13 Trustees | July 7-14, 2012 | New Orleans, LA | Panelist at seminar | Travel, meals and room |
| 7. | American Bankruptcy Institute (ABI) Views From The Bench | Oct. 4-5, 2012 | Wahsington, D.C. | Panelist at seminar | Travel, meals and room |
| 8. | International Monetary Fund | Sept. 19-21, 2012 | Dublin, Ireland | Panelist at seminar | Travel, meals and room |
| 9. | National Bankruptcy Conference (NBC) Annual Meeting | Nov. 7-9, 2012 | Washington, D.C. | Panelist at seminar | Travel, meals and room |
| 10. | Utah Bankruptcy Lawyers Forum | Dec. 4, 2012 | Salt Lake City, UT | Panlesist at seminar | Travel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Markell, Bruce A. | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markell, Bruce A. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Spartan US Equity Mutual Fund (reitrement▓) | B | Dividend | K | T | | | | | |
| 2. Fidelity Spartan US Equity Mutual Fund (retirement▓ | A | Distribution | K | T | Sold (part) | 12/04/12 | K | | |
| 3. TIAA-CREF Retirement Accounts▓ | A | Distribution | | | Sold | 01/02/12 | L | | |
| 4. University of California PERS Retirement Account▓ | A | Dividend | J | T | | | | | |
| 5. 401(k) Plan - STG | A | Distribution | | | Sold | 02/28/12 | J | | |
| 6. Nevada State 457 Plan | A | Int./Div. | J | T | | | | | |
| 7. American Funds (Mutual Fund) - EuroPacific Growth Fund | A | Distribution | | | Sold | 02/22/12 | J | | |
| 8. American Funds (Mutual Fund) - Growth Fund of Am. | A | Distribution | | | Sold | 02/22/12 | J | | |
| 9. American Funds (Mutual Fund) - Washington Mutual Fund | A | Distribution | | | Sold | 02/22/12 | J | | |
| 10. JP Morgan Chase Checking Account | A | Interest | J | T | | | | | |
| 11. JP Morgan Chase Savings Account | A | Interest | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markell, Bruce A. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Markell, Bruce A. | 05/10/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce A. Markell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544